```
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA

            CASE NO. 07-20553-CR-ZLOCH/Snow
```

UNITED STATES OF AMERICA,

      Plaintiff,

v.

STANLEY S. SAFFAN, et al.,

      Defendants.

_____

## **O R D E R**

THIS CAUSE is before the Court on defendant **Adam Augusto's** Motion to Adopt Motions of Co-Defendants (DE 140). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion to adopt all pre-trial motions filed by co-defendants is DENIED without prejudice to refile and GRANTED as to the adoption of defendant Stanley Saffan's Motion to Strike Overt Acts (DE 139), except as to any matter where standing is an essential element of participation. Any appeal from or objection to any magistrate judge ruling must be taken individually, specifically and timely.

DONE AND ORDERED at Fort Lauderdale, Florida, this 19th day of October, 2007.

                                            LURANA S. SNOW
                                            UNITED STATES MAGISTRATE JUDGE

Copies to:

See Attached Service List

**SERVICE LIST**

**07-20553-CR-ZLOCH/Snow**

```
AUSA Tom Watts-Fitzgerald (MIA)
Herb Cohen, Esq. (D-Saffan, Therapy and Duchess)
Keith Selzter, Esq. (D-Saffan, Therapy and Duchess)
Jonathan Rosenthal, Esq. (D-Lang)
Myles Malman, Esq. (D-Lang)
Jason Grey, Esq. (D-Schick)
AFPD Pat Hunt (D-Pegram)
Randee Golder, Esq. (D-Augusto)
```