UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20553-CR-ZLOCH/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STANLEY S. SAFFAN, et al.,

    Defendants.
_____

### O R D E R

THIS CAUSE is before the Court on defendant **Adam Augusto's** Motion to Strike Surplusage from Indictment (DE 136), adopted by defendants **Stanley Saffan, Therapy Charter Fishing Yacht, Inc., Duchess Charter Fishing Yacht, Inc.,** which was referred to United States Magistrate Judge, Lurana S. Snow. At oral argument held on November 2, 2007, counsel for defendant Adam Augusto stated that the motion was filed protectively, in order to ensure that the indictment not be read to the jury at the beginning of trial. Counsel conceded that it is too early to determine what, if any, portions of the indictment must be stricken as surplusage. Therefore, being duly advised, it is

    ORDERED AND ADJUDGED that the Motion to Strike Surplusage from Indictment be DENIED as premature, without prejudice to renew at the conclusion of the Government's case-in-chief at trial.

    DONE AND ORDERED at Fort Lauderdale, Florida, this 5th day of November, 2007.

                                          LURANA S. SNOW
                                          UNITED STATES MAGISTRATE JUDGE

Copies to:

See Attached Service List

## SERVICE LIST

### 07-20553-CR-ZLOCH/Snow

AUSA Tom Watts-Fitzgerald (MIA)
Herb Cohen, Esq. (D-Saffan, Therapy and Duchess)
Keith Selzter, Esq. (D-Saffan, Therapy and Duchess)
Jonathan Rosenthal, Esq. (D-Lang)
Myles Malman, Esq. (D-Lang)
Jason Grey, Esq. (D-Schick)
AFPD Pat Hunt (D-Pegram)
Randee Golder, Esq. (D-Augusto)